United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIS MAJESTY THE KING IN RIGHT OF THE PROVINCE OF BRITISH COLUMBIA, et al.,<br>Plaintiffs,<br>v.<br>SAMUEL ALTMAN, et al.,<br>Defendants. | Case No. 4:26-cv-10743-KAW<br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Stacey v. Altman*, 26-cv-03701-JSC.

IT IS SO ORDERED.

Dated: September 22, 2026

KANDIS A. WESTMORE
United States Magistrate Judge